IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Spero Conits and SJC Properties, LLC, Spero's Pete's Original Too, LLC | ) ) ) | CA:6:18cv-02338-HMH |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) | **DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO DISMISS AND REMAND** |
| City of Greenville, | ) ) | |
| Defendant. | ) ) ) | |

Defendant, City of Greenville, by and through their undersigned attorneys, file this Response to Plaintiffs' Motion to Dismiss Two Causes of Action and Remand State-Law Cause of Action (ECF 35). Defendant agrees that Plaintiff is entitled to dismiss their federal claims (Equal Protection and Due Process) pursuant to Rule 41(a) and that doing divests this Court of jurisdiction. THEREFORE, the Defendant believes the Plaintiffs' Motion should be granted.

                                                Respectfully Submitted,

                                                ROE CASSIDY COATES & PRICE, P.A.

                                                s/ Joseph O. Smith
                                                V. Clark Price, Fed ID No. 3155
                                                Joseph O. Smith, Fed ID No. 10551
                                                (1052 North Church Street, 29601)
                                                Post Office Box 10529
                                                Greenville, SC 29603
                                                864.349.2600 – Telephone
                                                864.349.0303 – Facsimile
                                                cprice@roecassidy.com – E-mail
                                                jsmith@roecassidy.com – E-mail
                                                ***Attorneys for Defendant***

Greenville, South Carolina

October 30, 2019